■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR STREETS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kooper, J.),

rendered January 20, 1982, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Viewing the evidence in the light most favorable to the People, there was sufficient evidence corroborating defendant's confession to satisfy CPL 60.50 (see *People v Lipsky,* 57 NY2d 560; *People v Reade,* 13 NY2d 42).

We have reviewed defendant's other contentions and find them to be either unpreserved for our review or without merit. Titone, J. P., Mangano, Weinstein and Brown, JJ., concur.